| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff, § § v. § JULIO CARPIO (15), § § Defendant. § | NO. 1:18-CR-5 MAC |

## ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION STRIKING DEFENDANT'S MOTION TO SUPPRESS

Pending is the Defendant's "Motion to Suppress." (Doc. No. 451.) The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. (Doc. No. 454.)

Judge Hawthorn concluded that the Defendant's motion does not set forth any grounds for the court to conduct a meaningful review and recommended that the court strike the Motion to Suppress as inadequately briefed.

The parties have not objected to the magistrate judge's findings. The court concludes that the magistrate judge's findings, conclusions and analysis are correct. Accordingly, the report of the magistrate judge is **ADOPTED**. It is further

**ORDERED** that the clerk **STRIKE** the Defendant's "Motion to Suppress" (Doc. No. 451) as inadequately briefed.

**Signed this date**
**Oct 31, 2019**

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

1